NO-JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. DAVIS, | Case No. EDCV 13-0974 JGB(DTBx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ROBERT CULLEN, et al. | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: July 25, 2013

JESUS G. BERNAL
United States District Judge